THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MARIE VAN WHY, Appellant.

Argued April 24, 1942; decided May 28, 1942.

*C. Vernon Stratton* for appellant.

*Lester R. Mosher, District Attorney,* for respondent.

Judgments reversed and information dismissed on the ground that there is no competent evidence to sustain the finding of guilt. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.